B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Eastern District of Kentucky | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**P & J Resources, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**61-1270994** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**HC 60 Lakeville Road**<br>**Salyersville, KY**<br><div align="right">ZIP Code</div>**41465** | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Magoffin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P. O. Box 707**<br>**Salyersville, KY**<br><div align="right">ZIP Code</div>**41465** | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7     ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9       of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13       of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,   ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as      business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **P & J Resources, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____ <br> Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**P & J Resources, Inc.**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Dean A. Langdon**
Signature of Attorney for Debtor(s)

**Dean A. Langdon**
Printed Name of Attorney for Debtor(s)

**DelCotto Law Group PLLC**
Firm Name

**200 North Upper Street**
**Lexington, KY 40507-1017**
Address

**(859) 231-5800  Fax: (859) 281-1179**
Telephone Number

**June 11, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Pamela J. Williams**
Signature of Authorized Individual

**Pamela J. Williams**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 11, 2010**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of Kentucky

In re   **P & J Resources, Inc.**
                                    Debtor(s)

Case No. _____

Chapter      **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **John Deere Credit**<br>**23176 Network Place**<br>**Chicago, IL 60673-1231** | **John Deere Credit**<br>**23176 Network Place**<br>**Chicago, IL 60673-1231** | **Loan to purchase equipment (deficiency bal after repo/sale 2008-2009) John Deere 750 crawler dozer s/n 132356 w/Paccar 60 winch & JD 3 winch; JD 650 c** | | **238,060.22** |
| **Wells Fargo Equipment Finance, Inc.**<br>**733 Marquette Ave., Suite 700**<br>**Minneapolis, MN 55402** | **Wells Fargo Equipment Finance, Inc.**<br>**733 Marquette Ave., Suite 700**<br>**Minneapolis, MN 55402** | **Defiency balance; collateral sold in 2009:  2006 Atlas Copco model RD-20 II drill rig mounted on 2006 Crane Carrier model 8x4 chassis** | | **200,000.00** |
| **Superior Well Services**<br>**1380 Rt. 286 E, Ste 121**<br>**Indiana, PA 15701** | **Superior Well Services**<br>**1380 Rt. 286 E, Ste 121**<br>**Indiana, PA 15701** | **Trade debt** | **Disputed** | **150,000.00** |
| **Hazard Petroleum**<br>**P. O. Box A**<br>**Combs, KY 41729** | **Hazard Petroleum**<br>**P. O. Box A**<br>**Combs, KY 41729** | **Trade debt** | | **86,687.01** |
| **Universal Well Service**<br>**201 Arch St, 2nd floor**<br>**Meadville, PA 16335-3443** | **Universal Well Service**<br>**201 Arch St, 2nd floor**<br>**Meadville, PA 16335-3443** | **Trade debt** | **Disputed** | **81,425.40** |
| **Community Trust Bank**<br>**346 North Mayo Trail**<br>**Pikeville, KY 41502** | **Community Trust Bank**<br>**346 North Mayo Trail**<br>**Pikeville, KY 41502** | **Bank loan** | | **75,000.00** |
| **Miller Supply**<br>**P. O. Box 1086**<br>**Wooster, OH 44691** | **Miller Supply**<br>**P. O. Box 1086**<br>**Wooster, OH 44691** | **Trade debt** | | **74,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **P & J Resources, Inc.**                                                          Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **C & S Operating LLC**<br>**3324 Pennsylvania Ave, Ste 203**<br>**Charleston, WV 25302** | **C & S Operating LLC**<br>**3324 Pennsylvania Ave, Ste 203**<br>**Charleston, WV 25302** | **Trade debt; lien on office Farm Wells #1, #2 in Magoffin County, KY** | **Disputed** | **45,856.99 (Unknown secured) (6,937.50 senior lien)** |
| **Brandeis Machinery**<br>**P. O. Box 32230**<br>**Louisville, KY 40232-2230** | **Brandeis Machinery**<br>**P. O. Box 32230**<br>**Louisville, KY 40232-2230** | **Trade debt** | | **33,754.54** |
| **National Oilwell Varco**<br>**7909 Parkwood Circle Dr., Bldg 2**<br>**Houston, TX 77036** | **National Oilwell Varco**<br>**7909 Parkwood Circle Dr., Bldg 2**<br>**Houston, TX 77036** | **Trade debt** | | **27,737.93** |
| **Bank of the West**<br>**P. O. Box 4002**<br>**Concord, CA 94524-4002** | **Bank of the West**<br>**P. O. Box 4002**<br>**Concord, CA 94524-4002** | **Lease of Sullair 1150XH portable rotary screw air compressor** | | **17,395.20** |
| **Great America Leasing**<br>**Attn:  Matthew Weiss**<br>**c/o Kramer & Associates**<br>**P. O. Box 500**<br>**Westwood, NJ 07675** | **Great America Leasing**<br>**Attn:  Matthew Weiss**<br>**c/o Kramer & Associates**<br>**Westwood, NJ 07675** | **Collateral repo'ed/sold-deficiency bal; 12001 Challenger lift; EX8404 air compressor (2); B12250 tire cage; TD24001 oil drain pan; LNG400 barrel pump;** | | **6,959.18** |
| **GMAC**<br>**P. O. Box 9001948**<br>**Louisville, KY 40290-1948** | **GMAC**<br>**P. O. Box 9001948**<br>**Louisville, KY 40290-1948** | **Deficiency balance after 12/23/09 sale of 2007 Chevrolet Silverado VIN 1GCHK24K17E511461** | | **5,873.63** |
| **DC Financial Services**<br>**300 South Washington**<br>**Redwood Falls, MN 56283** | **DC Financial Services**<br>**300 South Washington**<br>**Redwood Falls, MN 56283** | **Purchase of 2 Vermeer trenchers, Belshe and Butler trailers; security interest has lapsed; debt is late fees** | **Disputed** | **4,000.00** |
| **Crown Wire and Cable**<br>**P. O. Box 945**<br>**Millville, NJ 08332** | **Crown Wire and Cable**<br>**P. O. Box 945**<br>**Millville, NJ 08332** | **Trade debt** | | **2,106.31** |

B4 (Official Form 4) (12/07) - Cont.

In re   **P & J Resources, Inc.**                                    Case No. _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **First Commonwealth Bank 311 N Arnold Ave Prestonsburg, KY 41653** | **First Commonwealth Bank 311 N Arnold Ave Prestonsburg, KY 41653** | **2007 Chevrolet LD1500 Pickup, VIN 3GCEK14XX7G215 128 Location: HC 60 Lakeville Road, Salyersville KY 41465** | | **12,000.00**<br><br>**(10,000.00 secured)** |
| **ATG Credit, LLC formerly HSBC Bank P. O. Box 14895 Chicago, IL 60614-4895** | **ATG Credit, LLC formerly HSBC Bank P. O. Box 14895 Chicago, IL 60614-4895** | **Trade debt** | | **850.73** |
| **Leslie Equipment Attn:  Tim Leslie P. O. Box 629 Cowan, WV 26206** | **Leslie Equipment Attn:  Tim Leslie P. O. Box 629 Cowan, WV 26206** | **Trade debt** | | **618.46** |
| **Machinery Sales & Services, LLC 1512 North Big Run Rd. Ashland, KY 41102** | **Machinery Sales & Services, LLC 1512 North Big Run Rd. Ashland, KY 41102** | **Loan to purchase equipment** | **Unliquidated Disputed** | **Unknown** |
| **Raymond E. Fontaine Trust c/o Jean Webster, Co-Trustee 5 MacGregor Waye Acton, MA 01720** | **Raymond E. Fontaine Trust c/o Jean Webster, Co-Trustee 5 MacGregor Waye Acton, MA 01720** | **Alleged breach of contract, fraud and conversion 08-CV-00220** | **Unliquidated Disputed** | **Unknown** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **June 11, 2010**                      Signature   **/s/ Pamela J. Williams**
_____                        _____
                                                      **Pamela J. Williams**
                                                      **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Eastern District of Kentucky

In re    **P & J Resources, Inc.** _____ ,    Case No. _____

Debtor

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 280,000.00 | | |
| B - Personal Property | Yes | 5 | 1,789,003.52 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 569,074.09 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 174,002.65 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 1,004,468.61 | |
| G - Executory Contracts and Unexpired Leases | Yes | 4 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| Total Assets | | | 2,069,003.52 | | |
| Total Liabilities | | | | 1,747,545.35 | |

B6A (Official Form 6A) (12/07)

.

In re  **P & J Resources, Inc.**                                                ,  Case No. _____
                                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **176 acres located in Butler District, Wayne County, WV; Deed Book 668, Page 760** | | - | 200,000.00 | 0.00 |
| **Oil and gas rights on and under the property known as the "Morgan Rowe Well" located on the Morgan Rowe farm in Magoffin County, KY; Deed Book 74, Page 44** | | - | 80,000.00 | 0.00 |
| **Right of Way Assignment dtd 06/25/08 from Harlis Trust re real property in Wayne County, WV, described in deed of record in Deed Book 647, p 839** | | - | 0.00 | 0.00 |
| **Right of Way Assignment dtd 02/07/08 from Wilon Gathering Systems, Inc. re real property in Wayne County, WV, of record in Deed Book 668, at page 529** | | - | 0.00 | 0.00 |
| **Right of Way Assignment dtd 02/07/08 from Wilon Gathering Systems, Inc. re real property in Wayne County, WV, of record in Deed Book 668, at page 530** | | - | 0.00 | 0.00 |
| **Right of Way Assignment dtd 02/07/08 from Wilon Gathering Systems, Inc. re real property in Wayne County, WV, of record in Deed Book 668, at page 531** | | - | 0.00 | 0.00 |
| **Right of Way Assignment dtd 02/07/08 from Wilon Gathering Systems, Inc. re real property in Wayne County, WV, of record in Deed Book 668, at page 532** | | - | 0.00 | 0.00 |
| **Right of Way Assignment dtd 02/07/08 from Wilon Gathering Systems, Inc. re real property in Wayne County, WV, of record in Deed Book 668, at page 533** | | - | 0.00 | 0.00 |

Sub-Total >        280,000.00        (Total of this page)

__1__  continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re    **P & J Resources, Inc.**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Right of Way Assignment dtd 02/07/08 from Wilon Gathering Systems, Inc. re real property in Wayne County, WV, of record in Deed Book 668, at page 534** | | - | 0.00 | 0.00 |
| **Right of Way Assignment dtd 02/07/08 from Wilon Gathering Systems, Inc. re real property in Wayne County, WV, of record in Deed Book 668, at page 535** | | - | 0.00 | 0.00 |
| **Right of Way Assignment dtd 02/07/08 from Wilon Gathering Systems, Inc. re real property in Wayne County, WV, of record in Deed Book 668, at page 536** | | - | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 280,000.00 | |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re   **P & J Resources, Inc.** _____ ,   Case No. _____

                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First Commonwealth Bank CD *****2626** | - | 10,041.18 |
| | | **Community Trust Bank, Inc. checking account no. ******5346** | - | 36.70 |
| | | **Cumberland Valley National Bank checking account no. ***6735** | - | 41.50 |
| | | **Citizens National Bank checking account no. *8077** | - | 32.30 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **10,151.68**
(Total of this page)

__4__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **P & J Resources, Inc.**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **250,000 shares of Indigo-Energy, Inc.** | **-** | **12,500.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Bond with West Virginia Department of Highways (bond amount = $60,000.00; to be returned upon successful completion of project)** | **-** | **60,000.00** |
| | | **Bond with Kentucky for permit and well completion (bond amount = $50,000.00)** | **-** | **0.00** |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                                    Sub-Total >        **72,500.00**
                                                                (Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **P & J Resources, Inc.**                                                    ,    Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Uninvestigated potential claim against Wayne Anderson, President of US Natural Gas Corp, 33 6th St So, Ste 600, St. Petersburg, FL 33701** | - | **Unknown** |
| | | **Uninvestigated potential claim against the Harlis Trust, Harry Thompson, Trustee, 1400 Innisbrook Dr, Hixson, TN 37343** | - | **Unknown** |
| | | **Uninvestigated potential claim against Wilon Resources, Inc., 3875 Hixson Pike, Chattanooga, TN 37415** | - | **Unknown** |
| | | **Claim against Superior Well Services LTD for damages in connection with improperly logged information for John Montgomery Wells #1 and #2 in Magoffin County, KY** | - | **300,000.00** |
| | | **Uninvestigated potential claim against Tucker Gas Processing, Inc., 116 S Capitol Ave, Mt. Sterling, IL 62353 pursuant failure to perform under Agreement dtd 01/27/06 for manufacture/delivery of amine plant** | - | **395,200.00** |
| | | **Claim against Equitrans, L.P. under Precedent Agreement dtd 05/18/06** | - | **17,000.00** |
| | | **Uninvestigated potential claim against Emerald Oil for failure to repay Debtor for fracking completed** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Belshe WB2 Trailer VIN 16JFO1421Y1034794 Location: HC 60 Lakeville Road, Salyersville KY 41465** | - | **5,000.00** |

Sub-Total >          **717,200.00**
(Total of this page)

Sheet  __2__  of  __4__  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **P & J Resources, Inc.**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2003 Butler 1416 flat-bed trailer, VIN 1BUD1620531006273 Location: HC 60 Lakeville Road, Salyersville KY 41465 | - | 5,400.00 |
| | | 2005 Chevrolet C15, VIN 1GCEK14V15Z336691 Location: HC 60 Lakeville Road, Salyersville KY 41465 | - | 4,000.00 |
| | | 2007 Chevrolet 2500 Pickup Truck, VIN 1GCHK24UX7E148157 Location: HC 60 Lakeville Road, Salyersville KY 41465 | - | 17,000.00 |
| | | 2005 Chevrolet Tahoe, VIN 1GNEK13T65R137594 Location: HC 60 Lakeville Road, Salyersville KY 41465 | - | 25,000.00 |
| | | 2005 Chevrolet 3500 Pickup, VIN 1GBJK34UX5E173066 Location: HC 60 Lakeville Road, Salyersville KY 41465 | - | 10,000.00 |
| | | 2007 Chevrolet LD1500 Pickup, VIN 3GCEK14XX7G215128 Location: HC 60 Lakeville Road, Salyersville KY 41465 | - | 10,000.00 |
| | | 2007 Chevrolet LD2500 truck, VIN 1GCHK24K07E562644 Location: HC 60 Lakeville Road, Salyersville KY 41465 | - | 17,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Industrial-type gas meter purchased from JPL Manufacturing | - | 38,303.84 |
| | | Vermeer RT450 Trencher, Serial No. 1VRX0721041000383 Location: HC 60 Lakeville Road, Salyersville KY 41465 | - | 39,220.00 |

Sub-Total >    165,923.84
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **P & J Resources, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Vermeer RT650 Trencher, Serial No. 1VRZ0821X41000115 Location: HC 60 Lakeville Road, Salyersville KY 41465** | - | 73,228.00 |
| | | **Ingersoll-Rand Model RD20 top head drive drill rig, serial no. 6518, mounted on and together with a Crane Carrier 8x4 chassis, VIN 1CYDCM484YT044690 (in possession of Colonial Pacific Leasing)** | - | 750,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | 823,228.00 |
| (Total of this page) | |
| Total > | 1,789,003.52 |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **P & J Resources, Inc.**
_____,    Case No. _____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | **2006-2008** | | | | | |
| **C & S Operating LLC** 3324 Pennsylvania Ave, Ste 203 Charleston, WV 25302 | - | | | **Mechanic's Lien of $6,937.50** **Trade debt; lien on office Farm Wells #1, #2 in Magoffin County, KY** | | | X | | |
| | | | | Value $  **Unknown** | | | | **45,856.99** | **38,919.49** |
| Account No. | | | | | | | | | |
| **Derek W. Marsteller** **Marsteller Law Offices** 622 Seventh St Huntington, WV 25716 | | | | **Representing:** **C & S Operating LLC** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. | | | | **2005** **Security interest in equipment** | | | | | |
| **Colonial Pacific Leasing Corp.** c/o GE Capital Corp. P. O. Box 140849 Irving, TX 75014 | - | | | **Ingersoll-Rand Model RD20 top head drive drill rig, serial no. 6518, mounted on and together with a Crane Carrier 8x4 chassis, VIN 1CYDCM484YT044690 (in possession of Colonial Pacific Leasing)** | | | | | |
| | | | | Value $  **750,000.00** | | | | **425,000.00** | **0.00** |
| Account No. | | | | | | | | | |
| **Christopher M. Hill, Esq.** 641 Teton Trail Frankfort, KY 40602 | | | | **Representing:** **Colonial Pacific Leasing Corp.** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |

____**2**____  continuation sheets attached

Subtotal
(Total of this page)

**470,856.99**    **38,919.49**

B6D (Official Form 6D) (12/07) - Cont.

In re  **P & J Resources, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2005 | | | | | |
| First Commonwealth Bank 311 N Arnold Ave Prestonsburg, KY 41653 | | - | Title lien 2005 Chevrolet Tahoe, VIN 1GNEK13T65R137594 Location: HC 60 Lakeville Road, Salyersville KY 41465 | | | | | |
| | | | Value $              25,000.00 | | | | 25,000.00 | 0.00 |
| Account No. | | | 2006 | | | | | |
| First Commonwealth Bank 311 N Arnold Ave Prestonsburg, KY 41653 | X | - | Title lien 2005 Chevrolet 3500 Pickup, VIN 1GBJK34UX5E173066 Location: HC 60 Lakeville Road, Salyersville KY 41465 | | | | | |
| | | | Value $              10,000.00 | | | | 10,000.00 | 0.00 |
| Account No. | | | 2007 | | | | | |
| First Commonwealth Bank 311 N Arnold Ave Prestonsburg, KY 41653 | | - | Title lien 2007 Chevrolet LD1500 Pickup, VIN 3GCEK14XX7G215128 Location: HC 60 Lakeville Road, Salyersville KY 41465 | | | | | |
| | | | Value $              10,000.00 | | | | 12,000.00 | 2,000.00 |
| Account No. | | | 2008 | | | | | |
| First Commonwealth Bank 311 N Arnold Ave Prestonsburg, KY 41653 | X | - | Title lien 2007 Chevrolet LD2500 truck, VIN 1GCHK24K07E562644 Location: HC 60 Lakeville Road, Salyersville KY 41465 | | | | | |
| | | | Value $              17,000.00 | | | | 17,000.00 | 0.00 |
| Account No. | | | 2005 | | | | | |
| GMAC P. O. Box 9001948 Louisville, KY 40290-1948 | X | - | Title lien 2005 Chevrolet C15, VIN 1GCEK14V15Z336691 Location: HC 60 Lakeville Road, Salyersville KY 41465 | | | | | |
| | | | Value $               4,000.00 | | | | 3,593.74 | 0.00 |

Sheet _1_ of _2_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 67,593.74 | 2,000.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6D (Official Form 6D) (12/07) - Cont.

In re  **P & J Resources, Inc.** _____,  Case No. _____

                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.                    2007 | | | | Title lien | | | | | |
| **GMAC** P. O. Box 9001948 Louisville, KY 40290-1948 | X | - | | **2007 Chevrolet 2500 Pickup Truck, VIN 1GCHK24UX7E148157** Location: HC 60 Lakeville Road, Salyersville KY 41465 | | | | | |
| | | | | Value $              17,000.00 | | | | 13,623.36 | 0.00 |
| Account No.                    06/25/2008 | | | | Security interest | | | | | |
| **Harry Thompson, Trustee of Harlis Trust UTA dtd June 1, 2001** 1400 Innisbrook Dr Hixson, TN 37343 | | - | | **Pipeline in Wayne County, WV, per Agreement dtd 06/25/08** | | X | | | |
| | | | | Value $              Unknown | | | | Unknown | Unknown |
| Account No.                    2010 | | | | Security interest in equipment | | | | | |
| **Leaf Financial** One Commerce Square 2005 Market St., 14th Philadelphia, PA 19103 | X | - | | All of debtor's assets | | | | | |
| | | | | Value $              Unknown | | | | 17,000.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet  **2**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 30,623.36 | 0.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 569,074.09 | 40,919.49 |

B6E (Official Form 6E) (4/10)

.

In re   **P & J Resources, Inc.**                                              ,     Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>     1     </u>     continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **P & J Resources, Inc.**
_____,    Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xxx0994**<br><br>**Internal Revenue Service**<br>P.O. Box 21126<br>Philadelphia, PA 19114 | | - | **2009**<br><br>**Federal Taxes** | | | | 1,121.37 | 1,121.37 | 0.00 |
| Account No. **xxxxx3500**<br><br>**Kentucky Dept. of Revenue**<br>Legal Branch - Bankruptcy Section<br>P O Box 5222<br>Frankfort, KY 40602 | | - | **2005-2009**<br><br>**State Taxes** | | | | 127,881.28 | 127,881.28 | 0.00 |
| Account No.<br><br>**Magoffin County Sheriff**<br>P. O. Box 589<br>Salyersville, KY 41465 | X | - | **2008, 2009, 2010**<br><br>**Mineral taxes** | | | | 45,000.00 | 45,000.00 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 174,002.65 | 174,002.65<br>0.00 |
| Total<br>(Report on Summary of Schedules) | 174,002.65 | 174,002.65<br>0.00 |

B6F (Official Form 6F) (12/07)

In re    **P & J Resources, Inc.**                                                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**Arlene Everett**<br>**3900 NE 18th Ave #1**<br>**Fort Lauderdale, FL 33334** | - | | | | **Alleged breach of contract, fraud and conversion**<br>**08-CV-00220** | | X | X | **Unknown** |
| Account No. xxxxxxxxxxxx1353<br><br>**ATG Credit, LLC**<br>**formerly HSBC Bank**<br>**P. O. Box 14895**<br>**Chicago, IL 60614-4895** | | | | | **2010**<br>**Trade debt** | | | | **850.73** |
| Account No.<br><br>**Bank of the West**<br>**P. O. Box 4002**<br>**Concord, CA 94524-4002** | | | | | **2004**<br>**Lease of Sullair 1150XH portable rotary screw air compressor** | | | | **17,395.20** |
| Account No. xxx9259<br><br>**Brandeis Machinery**<br>**P. O. Box 32230**<br>**Louisville, KY 40232-2230** | - | | | | **2008-2009**<br>**Trade debt** | | | | **33,754.54** |

____10___ continuation sheets attached

Subtotal
(Total of this page)    **52,000.47**

B6F (Official Form 6F) (12/07) - Cont.

In re  **P & J Resources, Inc.**                                            ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Joshua A. De Renzo, Esq.**<br>**Greene & Cooper, LLP**<br>**2210 Greene Way**<br>**Louisville, KY 40250-0067** | | | **Representing:**<br>**Brandeis Machinery** | | | | **Notice Only** |
| Account No.<br><br>**Cherry Driveway, LLC**<br>**24663 Big Valley Rd**<br>**Poulsbo, WA 98370** | | - | **Alleged breach of contract, fraud and conversion**<br>**08-CV-00220** | | X | X | **Unknown** |
| Account No. xxxxxxxxxxxx0003<br><br>**Community Trust Bank**<br>**346 North Mayo Trail**<br>**Pikeville, KY 41502** | X | - | **2010**<br>**Bank loan** | | | | **75,000.00** |
| Account No.<br><br>**Crown Wire and Cable**<br>**P. O. Box 945**<br>**Millville, NJ 08332** | | - | **2010**<br>**Trade debt** | | | | **2,106.31** |
| Account No.<br><br>**Dana and Earnestine Adkins**<br>**Route 1 Box 43**<br>**Prichard, WV 25555** | X | - | **01/19/10**<br>**Promissory note for $45,000 @ 4%; matures 01/18/2011; relates to Agreement dated 01/19/10 allowing Debtor a lease of 9 existing wells in Wayne County, WV** | X | | | **0.00** |

Sheet no. __1___ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**77,106.31**

B6F (Official Form 6F) (12/07) - Cont.

In re  **P & J Resources, Inc.**                                        ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **DC Financial Services** <br> **300 South Washington** <br> **Redwood Falls, MN 56283** | - | | **2004-2009** <br> **Purchase of 2 Vermeer trenchers, Belshe and Butler trailers; security interest has lapsed; debt is late fees** | | | X | <br><br><br> **4,000.00** |
| Account No. <br><br> **Dylan Klempner** <br> **P. O. Box 390202** <br> **Cambridge, MA 02139** | - | | **Alleged breach of contract, fraud and conversion** <br> **08-CV-00220** | | X | X | <br><br><br> **Unknown** |
| Account No. <br><br> **Environmental Protection Agency-Region 4** <br> **Sam Nunn Atlanta Federal Center** <br> **61 Forsyth St, SW** <br> **Atlanta, GA 30303-8960** | - | | **For notice purposes only** | | | | <br><br> **0.00** |
| Account No. <br><br> **Gary Webster** <br> **5 MacGregor Way** <br> **Acton, MA 01720** | - | | **Alleged breach of contract, fraud and conversion** <br> **08-CV-00220** | | X | X | <br><br><br> **Unknown** |
| Account No. **xxx-xxxx-x3029** <br><br> **GMAC** <br> **P. O. Box 9001948** <br> **Louisville, KY 40290-1948** | | | **01/06/10** <br> **Deficiency balance after 12/23/09 sale of 2007 Chevrolet Silverado VIN 1GCHK24K17E511461** | | | | <br><br><br> **5,873.63** |

Sheet no. __**2**__ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,873.63**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **P & J Resources, Inc.**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxx-xx9713**<br><br>**Great America Leasing<br>Attn:  Matthew Weiss<br>c/o Kramer & Associates<br>P. O. Box 500<br>Westwood, NJ 07675** | - | | | | **2006<br>Collateral repo'ed/sold-deficiency bal; 12001 Challenger lift; EX8404 air compressor (2); B12250 tire cage; TD24001 oil drain pan; LNG400 barrel pump; 1450 tire balancer; 326S tire changer; CF60470 floor fan; WC191 vise; DW750 bench grinder** | | | | 6,959.18 |
| Account No.<br><br>**Hazard Petroleum<br>P. O. Box A<br>Combs, KY 41729** | - | | | | **Trade debt** | | | | 86,687.01 |
| Account No.<br><br>**Lori M. Reynolds<br>74 Willies Way<br>Hazard, KY 41701** | | | | | **Representing:<br>Hazard Petroleum** | | | | Notice Only |
| Account No.<br><br>**Jean Webster, Ind. and as Co-Ttee<br>RE Fontaine & MPJ Fontaine Trusts<br>5 MacGregor Way<br>Acton, MA 01720** | - | | | | **Alleged breach of contract, fraud and conversion<br>08-CV-00220** | | X | X | Unknown |
| Account No.<br><br>**Joan Casartello<br>111 Stage Coach Dr<br>South Chatham, MA 02659** | - | | | | **Alleged breach of contract, fraud and conversion<br>08-CV-00220** | | X | X | Unknown |

Sheet no. __3___ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 93,646.19 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **P & J Resources, Inc.**
_____,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>John C. and Kathryn S. Vance<br>2131 Wyndamere Dr<br>Paris, KY 40361 | X | - | | **01/16/10**<br>**Promissory note to Vances and Martha S. Wornall for $45,000 @ 4%; matures 01/15/2011; relates to Agreement dated 01/19/10 allowing Debtor a lease of 6 existing wells in Wayne County, WV** | X | | | **0.00** |
| Account No.<br><br>Martha S. Wornall<br>P. O. Box 21<br>Paris, KY 40362 | | | | **Representing:**<br>**John C. and Kathryn S. Vance** | | | | **Notice Only** |
| Account No. **94AB, **94AC, **94AD, **94AE<br><br>John Deere Credit<br>23176 Network Place<br>Chicago, IL 60673-1231 | X | - | | **2006-2007**<br>**Loan to purchase equipment (deficiency bal after repo/sale 2008-2009) John Deere 750 crawler dozer s/n 132356 w/Paccar 60 winch & JD 3 winch; JD 650 crawler dozer s/n 146509; JD 200D excavator s/n 510530; JD 450J crawler dozer s/n 148911** | | | | **238,060.22** |
| Account No.<br><br>KDNR Division of Oil & Gas Conservation<br>1025 Capital Center Drive<br>Frankfort, KY 40601 | | - | | **For notice purposes only** | | | | **0.00** |
| Account No.<br><br>KY Environmental & Public Protection Cab<br>300 Fair Oaks Lane<br>Frankfort, KY 40601 | | - | | **For notice purposes only** | | | | **0.00** |

Sheet no. __4___ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**238,060.22**

B6F (Official Form 6F) (12/07) - Cont.

In re  **P & J Resources, Inc.**                                                                                      Case No. _____
                                                         ,
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt | | | | |
| **Leslie Equipment** **Attn:  Tim Leslie** **P. O. Box 629** **Cowan, WV 26206** | | - | | | | | | | 618.46 |
| Account No. | | | | | **2008** **Loan for purchase of Caterpillar D10R dozer s/n 3KR00490 DEBTOR DOES NOT HAVE COLLATERAL; ASSUMES CREDITOR DOES** | | X | X | |
| **Machinery Sales & Services, LLC** **1512 North Big Run Rd.** **Ashland, KY 41102** | | - | | | | | | | Unknown |
| Account No. | | | | | Alleged breach of contract, fraud and conversion 08-CV-00220 | | X | X | |
| **Mary Fontaine Carlson, Ind. & as** **Co-Ttee** **of RE Fontaine & MPJ Fontaine Trusts** **P. O. Box 11590** **Bainbridge Island, WA 98110** | | - | | | | | | | Unknown |
| Account No. | | | | | Trade debt | | | | |
| **Miller Supply** **P. O. Box 1086** **Wooster, OH 44691** | | - | | | | | | | 74,000.00 |
| Account No. | | | | | Representing: Miller Supply | | | | |
| **Jerred P. Roth, Esq.** **Fowler, Measle & Bell** **300 W Vine St, Ste 600** **Lexington, KY 40507** | | | | | | | | | Notice Only |

Sheet no. __5__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **74,618.46**

B6F (Official Form 6F) (12/07) - Cont.

In re   **P & J Resources, Inc.**                                        ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**MPJ Fontaine Trust UA dtd 10/26/98**<br>**c/o Jean Webster, Co-Trustee**<br>**5 MacGregor Way**<br>**Acton, MA 01720** | - | | Alleged breach of contract, fraud and conversion<br>08-CV-00220 | | X | X | Unknown |
| Account No.<br><br>**National Oilwell Varco**<br>**7909 Parkwood Circle Dr., Bldg 2**<br>**Houston, TX 77036** | - | | Trade debt | | | | 27,737.93 |
| Account No.<br><br>**O & G Energy, LLC**<br>**c/o Gerald Derossett**<br>**124 W Court St**<br>**Prestonsburg, KY 41653** | - | | Potential claim as a co-defendant in 10-CI-00145 | X | X | X | Unknown |
| Account No.<br><br>**Pam Williams aka Pamela J. Williams**<br>**dba Circle J. Farms**<br>**P. O. Box 707**<br>**Salyersville, KY 41465** | - | | Potential claim as guarantor on Colonial Pacific debt and as co-defendant in 08-CV-00220 | X | X | X | Unknown |
| Account No.<br><br>**Patricia Carucci Schwartz**<br>**80 Ardmore Rd**<br>**Ho Ho Kus, NJ 07423** | - | | Alleged breach of contract, fraud and conversion<br>08-CV-00220 | | X | X | Unknown |

Sheet no. __6___ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,737.93

B6F (Official Form 6F) (12/07) - Cont.

In re   **P & J Resources, Inc.**                    ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Patricia Fontaine, Ind. and as Co-Ttee of RE Fontaine & MPJ Fontaine Trusts 291 Ordway Shore Rd Shelburne, VT 05482** | - | | Alleged breach of contract, fraud and conversion 08-CV-00220 | | X | X | **Unknown** |
| Account No. **Raymond E. Fontaine Trust c/o Jean Webster, Co-Trustee 5 MacGregor Waye Acton, MA 01720** | - | | Alleged breach of contract, fraud and conversion 08-CV-00220 | | X | X | **Unknown** |
| Account No. **Karen J. Greenwell, Esq. Wyatt Tarrant & Combs, LLP 250 W Main St, Ste 1600 Lexington, KY 40507-1746** | | | Representing: Raymond E. Fontaine Trust | | | | **Notice Only** |
| Account No. **Kathleen Fowler, Co-Trustee of Fontaine Trust P. O. Box 1079 Dennis, MA 02638** | | | Representing: Raymond E. Fontaine Trust | | | | **Notice Only** |
| Account No. **Richard Williams P. O. Box 707 Salyersville, KY 41465** | - | | Potential claim as guarantor on Colonial Pacific debt and as co-defendant in 08-CV-00220 | X | X | X | **Unknown** |

Sheet no. __7___ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **P & J Resources, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Alleged breach of contract, fraud and conversion 08-CV-00220 | | | | |
| Robert Carlson P. O. Box 11590 Bainbridge Island, WA 98110 | | - | | | | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Alleged breach of contract, fraud and conversion 08-CV-00220 | | | | |
| Rosemary Hillary 141 N Lakeshore Dr Hypoluxo, FL 33462 | | - | | | | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Trade debt | | | | |
| Superior Well Services 1380 Rt. 286 E, Ste 121 Indiana, PA 15701 | | - | | | | | X | |
| | | | | | | | | 150,000.00 |
| Account No. | | | | Representing: Superior Well Services | | | | |
| Joseph F. Rodkey, Jr., Esq. Fowkes Rodkey 728 Allegheny River Blvd Oakmont, PA 15139 | | | | | | | | Notice Only |
| Account No. | | | | Alleged breach of contract, fraud and conversion 08-CV-00220 | | | | |
| The Nora Carlson Irrevocable Trust c/o Robert Carlson, Co-Trustee P. O. Box 11590 Bainbridge Island, WA 98110 | | | | | | X | X | |
| | | | | | | | | Unknown |

Sheet no. __8__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

150,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **P & J Resources, Inc.**                                                         ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> The Piaker Family Irrevocable Trust <br> c/o Matthew Piaker, Co-Trustee <br> 100 Cummins Center, Ste 454C <br> Beverly, MA 01915 | - | | Alleged breach of contract, fraud and conversion <br> 08-CV-00220 | | X | X | **Unknown** |
| Account No. <br><br> Alan Piaker, Co-Trustee of <br> The Piaker Family Irrevocable Trust <br> 4713 Deerfield Pl <br> Vestal, NY 13850 | | | Representing: <br> The Piaker Family Irrevocable Trust | | | | **Notice Only** |
| Account No. <br><br> Susan Kasper, Co-Trustee of <br> The Piaker Family Irrevocable Trust <br> 74 Aldrich Ave <br> Binghamton, NY 13903 | | | Representing: <br> The Piaker Family Irrevocable Trust | | | | **Notice Only** |
| Account No. <br><br> The Raymond E. and Marie V. Fontaine <br> Family Foundation, Inc. <br> 5 MacGregor Way <br> Acton, MA 01720 | - | | Alleged breach of contract, fraud and conversion <br> 08-CV-00220 | | X | X | **Unknown** |
| Account No. <br><br> The Raymond Street Group, LLC <br> P. O. Box 11590 <br> Bainbridge Island, WA 98110 | - | | Alleged breach of contract, fraud and conversion <br> 08-CV-00220 | | X | X | **Unknown** |

Sheet no. __9__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **P & J Resources, Inc.**                                    ,         Case No. _____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Universal Well Service** **201 Arch St, 2nd floor** **Meadville, PA 16335-3443** | - | | | | | X | 81,425.40 |
| Account No. | | | Representing: **Universal Well Service** | | | | |
| **Brady Dunnigan, Esq.** **Dinsmore & Shohl, LLP** **250 W Main St, Ste 1400** **Lexington, KY 40507** | | | | | | | Notice Only |
| Account No. | | | **2005/2006** **Defiency balance; collateral sold in 2009: 2006 Atlas Copco model RD-20 II drill rig mounted on 2006 Crane Carrier model 8x4 chassis** | | | | |
| **Wells Fargo Equipment Finance, Inc.** **733 Marquette Ave., Suite 700** **Minneapolis, MN 55402** | - | | | | | | 200,000.00 |
| Account No. | | | Trade debt | | | | |
| **Wilon Resources, Inc.** **3875 Hixson Pike** **Chattanooga, TN 37415** | - | | | | X | X | Unknown |
| Account No. | | | For notice purposes only | | | | |
| **WV Office of Oil and Gas** **WV Dept Environmental Protection** **601 57th Street, SE** **Charleston, WV 25304** | - | | | | | | 0.00 |

Sheet no. __10__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 281,425.40 |
| Total (Report on Summary of Schedules) | 1,004,468.61 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
                                                                                              Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **P & J Resources, Inc.**                                                                    Case No. _____
                                                                          ,
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Bank of the West**<br>**P. O. Box 4002**<br>**Concord, CA 94524-4002** | **Lease of Sullair 1150XH portable rotary screw air compressor** |
| **Carol Spradlin**<br>**6442 East Mt. Parkway**<br>**Salyersville, KY 41465** | **Johnson Well, Magoffin County, KY (see also Lawson Johnson and Rita Salyer)** |
| **Cebron Browning** | **Debtor is lessee under Oil, Gas & Coalbed Methane Lease dtd 09/06/08 for 135 acres in Wayne County, WV, of nonresidential real property** |
| **Circle J Farm**<br>**P. O. Box 242**<br>**Salyersville, KY 41465** | **Debtor is lessee under Oil & Gas Lease dtd 12/10/01 allowing it to drill natural gas wells on approx 600 acres in Magoffin County, KY, of nonresidential real property** |
| **Dana and Earnestine Adkins**<br>**Route 1 Box 43**<br>**Prichard, WV 25555** | **Debtor is lessee under Lease Agreement dtd 01/19/10 allowing it to drill natural gas wells on real property in Wayne County, WV, of nonresidential real property** |
| **Doris A. Martin**<br>**2041 Australia Way West #43**<br>**Clearwater, FL 34623** | **Lease allowing Debtor to drill natural gas wells on approx 140 acres in Magoffin County, KY, of nonresidential real property** |
| **Fontaine-Williams Gas Gathering Syst LLC**<br>**HC 60 Lakeville Rd**<br>**Salyersville, KY 41465** | **Debtor is grantor under Right of Way Lease Agreement dtd 05/25/05 for a term of 50 years allowing access over and through the right of way formerly known as G-39 in Magoffin [County], KY** |
| **George & Diana Sanders**<br>**P. O. Box 123**<br>**Fort Gay, WV 25514** | **Lease, Wayne County, WV, of nonresidential real property** |
| **Gerald D. & Catherine F. Boone** | **Debtor is lessee under Oil, Gas & Coalbed Methane Lease dtd 07/22/08 for 30 acres in Wayne County, WV, of nonresidential real property** |
| **Harris S. Howard**<br>**P. O. Box 59**<br>**Prestonsburg, KY 41653** | **Lease allowing Debtor to drill natural gas wells on aproximately 1,028 acres of nonresidential real property in Magoffin County, KY [see also Lillian Oldfield]** |

**3**

____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re    **P & J Resources, Inc.**                                      ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Harry Thompson, Trustee of Harlis Trust UTA dtd June 1, 2001 1400 Innisbrook Dr Hixson, TN 37343** | **Real Estate Sale Agreement dtd 06/25/08 for purchase of nonresidential real property in Butler District, Wayne County, WV** |
| **Isom Beecher Noble & Betty J. Hopton 45399 Pfalzgraph Rd Woodsfield, OH 43793** | **Lease, Wayne County, WV, of nonresidential real property** |
| **Joetta Bates 410 N Dequincy Street Indianapolis, IN 46201** | **Debtor is lessee under Oil & Gas Lease dtd 08/25/03 allowing it to drill natural gas wells on certain real property located in Magoffin County, KY, of nonresidential real property (see also Linda Bates)** |
| **John C. and Kathryn S. Vance 2131 Wyndamere Dr Paris, KY 40361** | **Debtor is lessee under Lease Agreement dtd 01/16/10 allowing it to drill natural gas wells upon real property in Wayne County, WV, of nonresidential real property (see also Martha S. Wornall)** |
| **Lawson Johnson 1337 Rockhouse Rd Salyersville, KY 41465** | **Johnson Well, Magoffin County, KY, of nonresidential real property (see also Carol Spradlin and Rita Salyer)** |
| **Lillian Oldfield Whiteoak, KY 41474** | **Lease allowing Debtor to drill natural gas wells on aproximately 1,028 acres of nonresidential real property in Magoffin County, KY (see also Harris S. Howard)** |
| **Linda & David Holley Route 2 Box 325B Prichard, WV 25555** | **Lease, Wayne County, WV, of nonresidential real property** |
| **Linda Bates 2917 High Bridge Lancaster, KY 40444** | **Debtor is lessee under Oil & Gas Lease dtd 08/25/03 allowing it to drill natural gas wells on certain real property located in Magoffin County, KY, of nonresidential real property (see also Joetta Bates)** |
| **Mark C. Baker 234 Broadway Lexington, KY 40502** | **Debtor is lessee under Oil and Gas Lease dtd 07/12/1995 with Kash Arnett Estate allowing it to drill natural gas wells on approx 300 acres in Magoffin County, KY, of nonresidential real property** |
| **Mark Hoskins Heirs Lakeville Rd Salyersville, KY 41465** | **Lease allowing Debtor to drill natural gas wells on certain nonresidential real property in Magoffin County, KY** |

Sheet   __1__   of   __3__   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **P & J Resources, Inc.**                                                   ,        Case No. _____

_____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Martha S. Wornall**<br>**P. O. Box 21**<br>**Paris, KY 40362** | **Debtor is lessee under Lease Agreement dtd 01/16/10 allowing it to drill natural gas wells on nonresidential real property in Wayne County, WV (see also John & Kathryn Vance)** |
| **Nora Maynard**<br>**P. O. Box 83**<br>**Forest Hills, KY 41527** | **Lease of nonresidential real property, Wayne County, WV** |
| **P & R Trust**<br>**P. O. Box 242**<br>**Salyersville, KY 41465** | **Debtor is lessee under Oil & Gas Lease dtd 02/21/2003 allowing it to drill natural gas wells on approx 134 acres in Magoffin County, KY, of nonresidential real property** |
| **Patrick N. & Belinda D. Cyrus** | **Debtor is lessee under Oil, Gas & Coalbed Methane Lease dtd 07/22/08 allowing it to drill natural gas wells on approx 22.5 acres in Wayne County, WV, of nonresidential real property** |
| **R. C. and Martha May**<br>**HC 60 Box 42**<br>**Salyersville, KY 41465** | **Lease allowing Debtor to drill natural gas wells on approx 255 acres of nonresidential real property located in Magoffin County, KY** |
| **Raymond E. Fontaine (now deceased)** | **Gas Well Operating Agreement dtd 02/28/03 by and among Raymond E. Fontaine (now deceased), Richard Williams and P & J Resources, Inc. for operation of wells in Magoffin County, KY** |
| **Red Valley Resources, LLC**<br>**Attn: Bill Boyd**<br>**700 Witherell**<br>**Saint Clair, MI 48079** | **Term Sheet dtd 03/01/10 for development of wells in Wayne County, WV** |
| **Rita Salyer**<br>**1544 Lick Creek Rd**<br>**Salyersville, KY 41465** | **Johnson Well, Magoffin County, KY, nonresidential real property (see also Carol Spradlin and Lawson Johnson)** |
| **Rondal Reed**<br>**P. O. Box 962**<br>**Salyersville, KY 41465** | **Debtor is lessee under Lease Agreement dtd 08/03/03 allowing it to drill natural gas wells on approx 700 acres of real property in Magoffin County, KY, of nonresidential real property** |
| **Shane & Marsha Crum**<br>**P. O. Box 851**<br>**Fort Gay, WV 25514** | **Lease, Wayne County, WV, nonresidential real property** |
| **Ted Jacquet** | **Debtor is lessee under Oil, Gas & Coalbed Methane Lease dtd 12/22/08 allowing it to drill natural gas wells on approx 62.5 acres in Wayne County, WV, of nonresidential real property** |

Sheet __**2**__ of __**3**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **P & J Resources, Inc.**                                                ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Terry Hunley**<br>**P. O. Box 111**<br>**Prichard, WV 25555** | **Lease, Wayne County, WV, of nonresidential real property** |
| **Tucker Gas Processing Equipment, Inc.**<br>**116 S Capitol Ave**<br>**Mount Sterling, IL 62353** | **Debtor is purchaser under Agreement dtd 01/27/06 for manufacture and delivery of an amine plant** |
| **Vera Salyer**<br>**1953 Westmesth Place**<br>**Lexington, KY 40503** | **Lease allowing Debtor to drill wells on certain nonresidential real property in Magoffin County, KY** |
| **Wilon Resources, Inc.**<br>**3875 Hixson Pike**<br>**Chattanooga, TN 37415** | **Agreements dtd 02/01/08 and 02/07/08 giving Debtor right to purchase up to 25 drilling locations in Butler District, Wayne County, WV: Crum #4; L.Smith #2, #3; T. Hatton #2; A. Jordan #2,#3; M. Matovich #4, Massey #2,#3,#4; C.Roberts #2,#3; C.Hatton #3; M. McGee #2,#3; R. Staley #2; R. Wellman #2,#3; E.Wellman #2; Lycan #5,#6,#7; Spencer #3; Parsley #2,#3** |

Sheet ___3___ of ___3___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6H (Official Form 6H) (12/07)

.

In re   **P & J Resources, Inc.**                                                    ,   Case No. _____
                                                     Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **B.T.U. Gas Company, Inc.**<br>**P. O. Box 707**<br>**Salyersville, KY 41465** | **Community Trust Bank**<br>**346 North Mayo Trail**<br>**Pikeville, KY 41502** |
| **Circle J Farm**<br>**P. O. Box 242**<br>**Salyersville, KY 41465** | **Community Trust Bank**<br>**346 North Mayo Trail**<br>**Pikeville, KY 41502** |
| **Fontaine Trust**<br>**c/o Jean Webster, Co-Trustee**<br>**5 MacGregor Waye**<br>**Acton, MA 01720** | **Magoffin County Sheriff**<br>**P. O. Box 589**<br>**Salyersville, KY 41465** |
| **Pamela J. Williams**<br>**P. O. Box 707**<br>**Salyersville, KY 41465** | **John Deere Credit**<br>**23176 Network Place**<br>**Chicago, IL 60673-1231** |
| **Pamela J. Williams**<br>**P. O. Box 707**<br>**Salyersville, KY 41465** | **Leaf Financial**<br>**One Commerce Square**<br>**2005 Market St., 14th**<br>**Philadelphia, PA 19103** |
| **Pamela J. Williams**<br>**P. O. Box 707**<br>**Salyersville, KY 41465** | **GMAC**<br>**P. O. Box 9001948**<br>**Louisville, KY 40290-1948** |
| **Pamela J. Williams**<br>**P. O. Box 707**<br>**Salyersville, KY 41465** | **GMAC**<br>**P. O. Box 9001948**<br>**Louisville, KY 40290-1948** |
| **Pamela J. Williams**<br>**P. O. Box 707**<br>**Salyersville, KY 41465** | **First Commonwealth Bank**<br>**311 N Arnold Ave**<br>**Prestonsburg, KY 41653** |
| **Pamela J. Williams**<br>**P. O. Box 707**<br>**Salyersville, KY 41465** | **First Commonwealth Bank**<br>**311 N Arnold Ave**<br>**Prestonsburg, KY 41653** |
| **Pamela J. Williams**<br>**P. O. Box 707**<br>**Salyersville, KY 41465** | **Community Trust Bank**<br>**346 North Mayo Trail**<br>**Pikeville, KY 41502** |
| **Richard Williams**<br>**P. O. Box 707**<br>**Salyersville, KY 41465** | **Dana and Earnestine Adkins**<br>**Route 1 Box 43**<br>**Prichard, WV 25555** |

1
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                    Best Case Bankruptcy

In re    **P & J Resources, Inc.**                                                                  ,    Case No. _____
                                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Richard Williams**<br>**P. O. Box 707**<br>**Salyersville, KY 41465** | **John C. and Kathryn S. Vance**<br>**2131 Wyndamere Dr**<br>**Paris, KY 40361** |
| **Richard Williams**<br>**P. O. Box 707**<br>**Salyersville, KY 41465** | **Community Trust Bank**<br>**346 North Mayo Trail**<br>**Pikeville, KY 41502** |

Sheet   __1__   of   __1__   continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Eastern District of Kentucky

In re  **P & J Resources, Inc.**                                                                          Case No. _____
                                                      Debtor(s)                 Chapter        **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**31**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **June 11, 2010**                                    Signature  **/s/ Pamela J. Williams**
                                                                              **Pamela J. Williams**
                                                                              **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Eastern District of Kentucky

In re **P & J Resources, Inc.**
                                                    Case No.
                                    Debtor(s)       Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **hourly** |
| Prior to the filing of this statement I have received | $ | **30,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ☒ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☒ Debtor        ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

    **Services beyond those described above, including representation in adversary proceedings/contested matters in which Debtor(s) may be a party. If counsel is engaged to render such post-petition services, fees incurred and/or paid will be disclosed pursuant to Rule 2016(b).**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **June 11, 2010**                            **/s/ Dean A. Langdon**
                                                      **Dean A. Langdon**
                                                      **DelCotto Law Group PLLC**
                                                      **200 North Upper Street**
                                                      **Lexington, KY 40507-1017**
                                                      **(859) 231-5800  Fax: (859) 281-1179**

---

# United States Bankruptcy Court

## Eastern District of Kentucky

In re    **P & J Resources, Inc.**                                                  ,          Case No. _____

                                                         Debtor

                                                                                              Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Pamela J. Williams**<br>**P. O. Box 707**<br>**Salyersville, KY 41465** | | **100%** | |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**June 11, 2010**_____          Signature__**/s/ Pamela J. Williams**_____

                                                                        **Pamela J. Williams**
                                                                        **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

___**0**___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### Eastern District of Kentucky

In re    **P & J Resources, Inc.**

_____

Debtor(s)

Case No. _____

Chapter    **11**    _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **P & J Resources, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [_Check if applicable_]

**June 11, 2010**
_____

Date

**/s/ Dean A. Langdon**
_____

**Dean A. Langdon**

Signature of Attorney or Litigant

Counsel for    **P & J Resources, Inc.**

**DelCotto Law Group PLLC**
**200 North Upper Street**
**Lexington, KY 40507-1017**
**(859) 231-5800 Fax:(859) 281-1179**

# United States Bankruptcy Court
### Eastern District of Kentucky

In re  **P & J Resources, Inc.**                                    Case No.
                                          Debtor(s)          Chapter    **11**

# VERIFICATION OF MAILING LIST MATRIX

I, the President of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty of

perjury that the attached mailing list matrix of creditors and other parties in interest consisting of   **10**   page(s) is true and correct and

complete, to the best of my (our) knowledge.

Date:  **June 11, 2010**                          **/s/ Pamela J. Williams**
                                          **Pamela J. Williams/President**
                                          Signer/Title

I,         **Dean A. Langdon**         , counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached
Master Address List consisting of   **10**   page(s) has been verified by comparison to Schedules D through H to be complete, to the
best of my knowledge.  I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide
notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as
any amendments may be made.

Date:  **June 11, 2010**                          **/s/ Dean A. Langdon**
                                          Signature of Attorney
                                          **Dean A. Langdon**
                                          **DelCotto Law Group PLLC**
                                          **200 North Upper Street**
                                          **Lexington, KY 40507-1017**
                                          **(859) 231-5800   Fax: (859) 281-1179**

Alan Piaker, Co-Trustee of
The Piaker Family Irrevocable Trust
4713 Deerfield Pl
Vestal NY 13850


Arlene Everett
3900 NE 18th Ave #1
Fort Lauderdale FL 33334


ATG Credit, LLC
formerly HSBC Bank
P. O. Box 14895
Chicago IL 60614-4895


B.T.U. Gas Company, Inc.
P. O. Box 707
Salyersville KY 41465


Bank of the West
P. O. Box 4002
Concord CA 94524-4002


Brady Dunnigan, Esq.
Dinsmore & Shohl, LLP
250 W Main St, Ste 1400
Lexington KY 40507


Brandeis Machinery
P. O. Box 32230
Louisville KY 40232-2230


C & S Operating LLC
3324 Pennsylvania Ave, Ste 203
Charleston WV 25302


Carol Spradlin
6442 East Mt. Parkway
Salyersville KY 41465


Cebron Browning


Cherry Driveway, LLC
24663 Big Valley Rd
Poulsbo WA 98370

Christopher M. Hill, Esq.
641 Teton Trail
Frankfort KY 40602


Circle J Farm
P. O. Box 242
Salyersville KY 41465


Colonial Pacific Leasing Corp.
c/o GE Capital Corp.
P. O. Box 140849
Irving TX 75014


Community Trust Bank
346 North Mayo Trail
Pikeville KY 41502


Crown Wire and Cable
P. O. Box 945
Millville NJ 08332


Dana and Earnestine Adkins
Route 1 Box 43
Prichard WV 25555


DC Financial Services
300 South Washington
Redwood Falls MN 56283


Derek W. Marsteller
Marsteller Law Offices
622 Seventh St
Huntington WV 25716


Doris A. Martin
2041 Australia Way West #43
Clearwater FL 34623


Dylan Klempner
P. O. Box 390202
Cambridge MA 02139

Environmental Protection Agency-Region 4
Sam Nunn Atlanta Federal Center
61 Forsyth St, SW
Atlanta GA 30303-8960


First Commonwealth Bank
311 N Arnold Ave
Prestonsburg KY 41653


Fontaine Trust
c/o Jean Webster, Co-Trustee
5 MacGregor Waye
Acton MA 01720


Fontaine-Williams Gas Gathering Syst LLC
HC 60 Lakeville Rd
Salyersville KY 41465


Gary Webster
5 MacGregor Way
Acton MA 01720


George & Diana Sanders
P. O. Box 123
Fort Gay WV 25514


Gerald D. & Catherine F. Boone


GMAC
P. O. Box 9001948
Louisville KY 40290-1948


Great America Leasing
Attn: Matthew Weiss
c/o Kramer & Associates
P. O. Box 500
Westwood NJ 07675


Harris S. Howard
P. O. Box 59
Prestonsburg KY 41653

Harry Thompson, Trustee of
Harlis Trust UTA dtd June 1, 2001
1400 Innisbrook Dr
Hixson TN 37343


Hazard Petroleum
P. O. Box A
Combs KY 41729


Internal Revenue Service
P.O. Box 21126
Philadelphia PA 19114


Isom Beecher Noble & Betty J. Hopton
45399 Pfalzgraph Rd
Woodsfield OH 43793


Jean Webster, Ind. and as Co-Ttee
RE Fontaine & MPJ Fontaine Trusts
5 MacGregor Way
Acton MA 01720


Jerred P. Roth, Esq.
Fowler, Measle & Bell
300 W Vine St, Ste 600
Lexington KY 40507


Joan Casartello
111 Stage Coach Dr
South Chatham MA 02659


Joetta Bates
410 N Dequincy Street
Indianapolis IN 46201


John C. and Kathryn S. Vance
2131 Wyndamere Dr
Paris KY 40361


John Deere Credit
23176 Network Place
Chicago IL 60673-1231

Joseph F. Rodkey, Jr., Esq.
Fowkes Rodkey
728 Allegheny River Blvd
Oakmont PA 15139


Joshua A. De Renzo, Esq.
Greene & Cooper, LLP
2210 Greene Way
Louisville KY 40250-0067


Karen J. Greenwell, Esq.
Wyatt Tarrant & Combs, LLP
250 W Main St, Ste 1600
Lexington KY 40507-1746


Kathleen Fowler, Co-Trustee
of Fontaine Trust
P. O. Box 1079
Dennis MA 02638


KDNR Division of Oil & Gas Conservation
1025 Capital Center Drive
Frankfort KY 40601


Kentucky Dept. of Revenue
Legal Branch - Bankruptcy Section
P O Box 5222
Frankfort KY 40602


KY Environmental & Public Protection Cab
300 Fair Oaks Lane
Frankfort KY 40601


Lawson Johnson
1337 Rockhouse Rd
Salyersville KY 41465


Leaf Financial
One Commerce Square
2005 Market St., 14th
Philadelphia PA 19103


Leslie Equipment
Attn: Tim Leslie
P. O. Box 629
Cowan WV 26206

Lillian Oldfield
Whiteoak KY 41474


Linda & David Holley
Route 2 Box 325B
Prichard WV 25555


Linda Bates
2917 High Bridge
Lancaster KY 40444


Lori M. Reynolds
74 Willies Way
Hazard KY 41701


Machinery Sales & Services, LLC
1512 North Big Run Rd.
Ashland KY 41102


Magoffin County Sheriff
P. O. Box 589
Salyersville KY 41465


Mark C. Baker
234 Broadway
Lexington KY 40502


Mark Hoskins Heirs
Lakeville Rd
Salyersville KY 41465


Martha S. Wornall
P. O. Box 21
Paris KY 40362


Mary Fontaine Carlson, Ind. & as Co-Ttee
of RE Fontaine & MPJ Fontaine Trusts
P. O. Box 11590
Bainbridge Island WA 98110


Miller Supply
P. O. Box 1086
Wooster OH 44691

MPJ Fontaine Trust UA dtd 10/26/98
c/o Jean Webster, Co-Trustee
5 MacGregor Way
Acton MA 01720


National Oilwell Varco
7909 Parkwood Circle Dr., Bldg 2
Houston TX 77036


Nora Maynard
P. O. Box 83
Forest Hills KY 41527


O & G Energy, LLC
c/o Gerald Derossett
124 W Court St
Prestonsburg KY 41653


P & R Trust
P. O. Box 242
Salyersville KY 41465


Pam Williams aka Pamela J. Williams
dba Circle J. Farms
P. O. Box 707
Salyersville KY 41465


Pamela J. Williams
P. O. Box 707
Salyersville KY 41465


Patricia Carucci Schwartz
80 Ardmore Rd
Ho Ho Kus NJ 07423


Patricia Fontaine, Ind. and as Co-Ttee
of RE Fontaine & MPJ Fontaine Trusts
291 Ordway Shore Rd
Shelburne VT 05482


Patrick N. & Belinda D. Cyrus

R. C. and Martha May
HC 60 Box 42
Salyersville KY 41465


Raymond E. Fontaine Trust
c/o Jean Webster, Co-Trustee
5 MacGregor Waye
Acton MA 01720


Red Valley Resources, LLC
Attn: Bill Boyd
700 Witherell
Saint Clair MI 48079


Richard Williams
P. O. Box 707
Salyersville KY 41465


Rita Salyer
1544 Lick Creek Rd
Salyersville KY 41465


Robert Carlson
P. O. Box 11590
Bainbridge Island WA 98110


Rondal Reed
P. O. Box 962
Salyersville KY 41465


Rosemary Hillary
141 N Lakeshore Dr
Hypoluxo FL 33462


Shane & Marsha Crum
P. O. Box 851
Fort Gay WV 25514


Superior Well Services
1380 Rt. 286 E, Ste 121
Indiana PA 15701

Susan Kasper, Co-Trustee of
The Piaker Family Irrevocable Trust
74 Aldrich Ave
Binghamton NY 13903


Ted Jacquet


Terry Hunley
P. O. Box 111
Prichard WV 25555


The Nora Carlson Irrevocable Trust
c/o Robert Carlson, Co-Trustee
P. O. Box 11590
Bainbridge Island WA 98110


The Piaker Family Irrevocable Trust
c/o Matthew Piaker, Co-Trustee
100 Cummins Center, Ste 454C
Beverly MA 01915


The Raymond E. and Marie V. Fontaine
Family Foundation, Inc.
5 MacGregor Way
Acton MA 01720


The Raymond Street Group, LLC
P. O. Box 11590
Bainbridge Island WA 98110


Tucker Gas Processing Equipment, Inc.
116 S Capitol Ave
Mount Sterling IL 62353


Universal Well Service
201 Arch St, 2nd floor
Meadville PA 16335-3443


Vera Salyer
1953 Westmesth Place
Lexington KY 40503

```
Wells Fargo Equipment Finance, Inc.
733 Marquette Ave., Suite 700
Minneapolis MN 55402


Wilon Resources, Inc.
3875 Hixson Pike
Chattanooga TN 37415


WV Office of Oil and Gas
WV Dept Environmental Protection
601 57th Street, SE
Charleston WV 25304
```