**United States Bankruptcy Court**
**Eastern District of Kentucky**

In re  **P & J Resources, Inc.**                              Case No.  **10-70470**
                             Debtor(s)                         Chapter   **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS   (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

   1. Gross Income For 12 Months Prior to Filing:   $  **174,900.59**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME*:

   2. Gross Monthly Income   $  **83,000.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

   3. Net Employee Payroll (Other Than Debtor)   $  **7,000.00**
   4. Payroll Taxes (includes unemployment taxes and worker's compensation)   **2,800.00**
   5. Unemployment Taxes   **0.00**
   6. Worker's Compensation   **0.00**
   7. Other Taxes   **0.00**
   8. Inventory Purchases (Including raw materials)   **0.00**
   9. Purchase of Feed/Fertilizer/Seed/Spray   **0.00**
   10. Rent (Other than debtor's principal residence)   **100.00**
   11. Utilities   **200.00**
   12. Office Expenses and Supplies   **0.00**
   13. Repairs and Maintenance   **0.00**
   14. Vehicle Expenses   **2,471.00**
   15. Travel and Entertainment   **0.00**
   16. Equipment Rental and Leases   **0.00**
   17. Legal/Accounting/Other Professional Fees   **5,000.00**
   18. Insurance   **1,200.00**
   19. Employee Benefits (e.g., pension, medical, etc.)   **0.00**
   20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

   21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **UST fees - prorated** | **217.00** |

   22. Total Monthly Expenses (Add items 3-21)   $  **18,988.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

   23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)   $  **64,012.00**

   * Gross income consists of Debtor's leasehold royalty and overriding royalty.