UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

IN RE:

P & J RESOURCES, INC.                                              CASE NO. 10-70470

DEBTOR

### ORDER

This matter came before the court on the Fontaines' Motion for Relief from Stay (DOC 24). A hearing was held on the matter on July 15, 2010. The court took the matter under submission.

The Fontaines seek to proceed with litigation pending against the Debtor and its officers, Pamela and Richard Williams, in United States District Court to final judgment. The stay is not applicable to the non-debtor officer parties.

The court has jurisdiction under 28 U.S.C. §§ 157 and 1334.

The burden of proof is on the Fontaines.

Both parties agree that a three prong balancing test applies:

1. Whether any great prejudice to either the bankruptcy estate or the debtor will result from continuation of the civil suit;

2. Whether the hardship to the non-bankrupt party by maintenance of the stay considerably outweighs the hardship to the Debtor; and

3. The probability of the creditor prevailing on the merits.

Here, the Court concludes after reviewing the pleadings in this case, as well as reviewing the pleadings in the United States District Court referred to during the hearing the following:

As to Prong 1: There is great prejudice to the Debtor and the estate if the stay is lifted because

1

until the Debtor resumes operations, it doesn't have funds to defend the litigation. Debtor's case is in its infancy and it is entitled to a breathing spell to determine if operations can be resumed. Furthermore, several claims asserted in the District Court litigation may be better resolved in this court by the claims resolution process and may impact property of the estate issues which may impact other creditors who are not parties to the District Court litigation.

As to Prong 2: There is some hardship to the Fontaines if the stay is maintained because the Fontaines may be required to litigate similar claims twice or be delayed in completing the adjudication of its claims; however, that hardship does not considerably outweigh the hardship to the Debtor where the Debtor has limited resources to focus on determining whether operations can be resumed, and claims are involved that may be better resolved by this court.

As to Prong 3: The Fontaines have not met their burden to show they will probably prevail on the merits. The United States District Court Memorandum Opinion and Order observes that there has not been a showing of fraud or injustice.  The pleadings in the District Court action are insufficient to tip this factor in Fontaines' favor.

For those reasons, the Fontaines' Motion for Relief from Stay (DOC 24) is DENIED.

2

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
Dated: Tuesday, July 20, 2010
(tnw)