UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

IN RE:                                          CASE NO.   10-70470
P&J Resources, Inc.

**DEBTOR(S)**

# ORDER

The court having considered the Motion for Relief filed herein on August 2, 2010, on behalf of Emerald Oil & Gas NL and Emerald Gas Development USA LLC, finds said pleading should be and hereby is OVERRULED WITHOUT PREJUDICE for the following reason(s):

☐ The pleading does not meet the notice and opportunity for hearing criteria as set forth by the Court.

☐ Notice of hearing is missing/incorrect.  Next scheduled motion hour is at       , on       , at the       .

☒ Failure to serve a necessary party.

☒ Other:  Failure to serve Debtor and 20 Largest Unsecured Creditors

**Copies to:**

Debtor(s)
Debtor(s)' Attorney, Dean Langdon
Creditors' Attorney, Matthew Ellison
US Trustee

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge
Dated: Tuesday, August 03, 2010
(tnw)**