# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## PIKEVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 10-70470 |
| P & J RESOURCES, INC., | : | CHAPTER 11 |
| DEBTOR. | : | JUDGE TRACEY N. WISE |

## AGREED ORDER GRANTING MOTION FOR RELIEF FROM STAY AND FOR TURNOVER OF PROPERTY

Emerald Oil & Gas NL, and Emerald Gas Development USA, LLC ("Emerald"), by and through counsel, having filed its Amended Motion for Relief From the Automatic Stay and for Turnover of Property [Doc. No. 58] (the "Stay Relief Motion"); the Debtor having filed its Limited Objection to the Stay Relief Motion; the Court having reviewed same, having considered the representations of counsel at hearing held on August 12, 2010, and being sufficiently advised,

**IT IS HEREBY AGREED AND ORDERED AS FOLLOWS:**

1. This Court has jurisdiction over this matter pursuant to Section 157 and 1334 of Title 28 of the United States Code. This is a core proceeding pursuant to Section 157(b)(2)(A) and (G) of Title 28 of the United States Code.

2. The Debtor is the signatory to multiple agreements with Emerald, including but not limited to, the Operating Agreement,[1] the EWDA, and the Assignment. Those documents are more fully set forth within the Motion, and are incorporated herein by reference.

3. Pursuant to 11 U.S.C. § 362(d)(1), "cause" exists for terminating the automatic stay because the Debtor is currently unable to perform its obligations as operator of the Emerald Wells; and the automatic stay is terminated to permit Emerald to nominate a replacement

---

[1] Capitalized terms not otherwise defined herein shall have the same meaning as in the Stay Relief Motion.

operator under the Operating Agreement. Any replacement operator nominated by Emerald shall complete all acts necessary to replace the Debtor and release the bonds posted by the Debtor on the Emerald Wells prior to resuming production under the Emerald Wells.

4. The Debtor is further ordered to turnover or otherwise surrender all Assigned Property to Emerald immediately upon entry of this Order, as this Court finds that the Assigned Property is not property of the Debtor's bankruptcy estate under 11 U.S.C. § 541, subject to all provisions of the Assignment.

5. The Debtor and its representatives shall not impede, hinder, or otherwise interfere with, the ability of Emerald to access or obtain possession of the Assigned Property, nor shall the Debtor and its representatives impede, hinder, or otherwise interfere with the replacement operator chosen by Emerald, in the carrying out of it duties as the operator of the Emerald Wells.

6. Entry of this Agreed Order shall not be construed as a determination that the Operating Agreement, EWDA or Assignment are or are not executory contracts, and the Debtor and Emerald both retain all rights, claims and defenses under said contracts.

7. The stay of this Order pursuant to Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived.

8. This is a final order.

HAVING SEEN AND AGREED:

*/s/ Matthew D. Ellison*
Taft A. McKinstry, Esq.
Matthew D. Ellison, Esq.
**FOWLER MEASLE & BELL PLLC**
300 West Vine Street, Suite 600
Lexington, Kentucky 40507-1660
(859) 252-6700 Telephone
(859) 255-3735 Facsimile
TMcKinstry@FowlerLaw.com
MEllison@FowlerLaw.com
**COUNSEL FOR EMERALD OIL & GAS NL AND EMERALD GAS DEVELOPMENT USA, LLC**

2

DELCOTTO LAW GROUP PLLC

/s/ *Dean Langdon per email authority*
T. Kent Barber, Esq.
Dean Langdon, Esq.
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
kbarber@dlgfirm.com
dlangdon@dlgfirm.com
**COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION**

Pursuant to LR 9022-1(c), Taft A. McKinstry, Esq. shall cause a copy of this Order to be served on each of the parties designated to receive this Order and shall file with the Court a certificate of service of the Order upon such parties within fourteen (14) days hereof.

Service to all parties receiving notice by CM/ECF, debtor and 20 largest unsecured creditors

4835-8354-53512/8646.00010

3

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
***The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.***



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge
Dated: Thursday, August 12, 2010
(tnw)**